UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :       Hon. Dennis M. Cavanaugh

        v.                            :       Crim. No. 10-453

STEVEN NELSON,                 :       <u>CONTINUANCE ORDER</u>

        This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Seth B. Kosto, Assistant U.S. Attorney), and defendant Steven Nelson (by Frank Lucianna, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

        IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

        1.   Defendant desires additional time to review the discovery made available by the United States pursuant to Fed. R. Crim. P. 16(a);

        2.   Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

    3.   Defendant has consented to the aforementioned continuance;

    4.   No previous continuances have entered since the Indictment of this matter on or about July 8, 2010; and

    5.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this \_\_14\_\_ day of September 2010

IT IS ORDERED that defense motions shall be filed by October 11, 2010, the government's reply shall by filed by October 25, 2010, the defense surreply, if any, shall be filed by November 1, 2010, the argument of the motions, if any, will occur at a date and time to be determined by the Court, and the trial is scheduled for November 15, 2010; and

IT IS FURTHER ORDERED that the period between the date of this order and November 15, 2010 be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

CONSENTED AND AGREED TO:

_____
SETH B. KOSTO
Assistant United States Attorney

_____
FRANK LUCIANNA, ESQ.
Counsel to defendant NELSON