```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| UNITED STATES of AMERICA | : | O R D E R |
|  | : |  |
| v. | : | Case No. 2:10cr453(DMC) |
| STEVEN NELSON | : |  |

This matter having come before the Court on a letter application from defendant's sister requesting this court accept defendants Pro Se Appeal out of time, due to the defendant being transferred from one prison to another.

WHEREAS the letter refers to the 10 day requirement, which was amended to the current 14 day time period,

WHEREAS the defendant having submitted his Appeal on April 11 some 22 days late from meeting that filing deadline, and no valid reason having been submitted; and

The court having reviewed same; and

For good cause shown;

It is on this 14th day of September 2011  ORDERED that the letter application to file a late Notice of Appeal is hereby DENIED.

/S/ DENNIS M. CAVANAUGH
DENNIS M. CAVANAUGH, U.S.D.J.